UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

IN RE: )
    JOHN M. OSBORNE ) CASE NO.14-70837–AKM-13
    LISA M. OSBORNE )
        DEBTOR(S) )

## NOTICE OF FINAL CURE PAYMENT

Pursuant to BR 3002.1(f), the Trustee files this Notice that the amount required to cure the below claim has been paid in full or as indicated, and that the debtor(s) has made all payments required under the Plan.

1. **Creditor:** HOME POINT FINANCIAL CORPORATION

   **Trustee Claim No.** 005    **Court Claim No.** 006

   **Last four digits of number used to identify debtor(s)' account:** 1729

2. **Final Cure Amount**

   | **Pre-petition Arrearage Amount** | $1,853.67 |
   |---|---|
   | **Amount Paid by Trustee** | $1,853.67 |
   | **Pre-petition Arrearage Balance** | $0.00 |

3. **Monthly On-going Mortgage Payments**

   ☐ Post-petition payments paid directly by debtor(s) and not tracked by the Trustee; or

   ☒ Post-petition payments paid by Trustee and due for June 2019.

4. Pursuant to BR 3002.1(g), within 21 days of the service of this Notice the creditor is obligated to file and serve on the debtor(s), debtor's counsel, and the Trustee a response indicating whether it agrees that:

   a. The debtor(s) has paid in full the amount required to cure the default on the above claim; and

   b. The debtor(s) is otherwise current on all payments through the date indicated above consistent with 11 USC 1322(b)(5).

The statement shall itemize the required cure or post-petition payment amounts, if any, which the creditor contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the creditor's proof of claim and is subject to BR 3001(f).

|  |  |
|---|---|
| July 18, 2019 | /s/Robert P. Musgrave |
|  | Robert P. Musgrave |
|  | Chapter 13 Trustee |
|  | P.O. Box 972 |
|  | Evansville, IN  47706-0972 |
|  | Telephone:  (812) 424-3029 |
|  | Fax:  (812) 433-3464 |
|  | Email address: trusteegeneral@chap13evv.com |

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing pleading was served upon the following parties, either personally, electronically or by first-class mail July 18, 2019:

U.S. Trustee
101 West Ohio Street, Suite 1000
Indianapolis, IN 46204

 JOHN M. OSBORNE
 LISA M. OSBORNE
 1509 RUTHERFORD RD.

 LOOGOOTEE, IN 47553

 KEVIN S. KINKADE
 ATTORNEY AT LAW
 123 N.W. 4TH ST., STE. 201
 EVANSVILLE, IN 47708-1725

HOME POINT FINANCIAL CORPORATION
PO BOX 790309
ST LOUIS, MO 63179

HOME POINT FINANCIAL CORPORATION
4849 GREENVILLE AVENUE, SUITE 800
DALLAS, TX 75206

                                        <u>/s/Robert P. Musgrave</u>
                                        Robert P. Musgrave
                                        Chapter 13 Trustee
                                        P.O. Box 972
                                        Evansville, IN  47706-0972
                                        Telephone:  (812) 424-3029
                                        Fax:  (812) 433-3464
                                        Email address: trusteegeneral@chap13evv.com